Attachment A

FILED

JUL 2 9 2020

U.S. DISTRICT COUR
ELKINS WV 26241

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

VERNON EARL
COLEMAN
*Your full name*

**FEDERAL CIVIL RIGHTS
COMPLAINT
(*BIVENS* ACTION)**

v.

DEWAYNE HENDRIX WARDEN
F. J. BOWERS WARDEN
T.R. TITCHENELL UNIT MANAGER
D JONES UNIT MANGER
R. FULLEN CAPTAIN
K. KELLY ASSOCIATE WARDEN

*Enter above the full name of defendant(s) in this action*

Civil Action No.: __1:20cv146__
*(To be assigned by the Clerk of Court)*

Kleeh
Aloi
Williams

## I.   JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**.  The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.   PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.   Name of Plaintiff: VERNON EARL COLEMAN   Inmate No.: 6 9727-079
Address: P.O. BOX 1000   MILAN, MI 48160
TRANFERED FROM   MORGANTOWN

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B.      Name of Defendant: F. J. BOWERS
        Position: WARDEN
        Place of Employment: FEDERAL BUREAU OF PRISON
        Address: P. O. BOX 1000
        MORGANTOWN, WEST VIRGINIA, 26507

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?     ☐ Yes     ☒ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

B.1     Name of Defendant: DEWAYNE HENDRIX, ~~strikethrough~~
        Position: WARDEN
        Place of Employment: FEDERAL BUREAU OF PRISON
        Address: P. O BOX 1000
        MORGAN TOWN, WEST VIRGINIA 26507

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?     ☐ Yes     ☒ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

B.2     Name of Defendant: K KELLY
        Position: ASSOCIATE WARDEN
        Place of Employment: FEDERAL BUREAU OF PRISON
        Address: P. O. BOX 1000
        MORGANTOWN WEST VIRGINIA 26507

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?     ☐ Yes     ☒ No

**Attachment A**

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

B.3    Name of Defendant: _R. FULLEN_____

Position: _CAPTAIN_____

Place of Employment: _FEDERAL BUREAU OF PRISON_

Address: _P. O. Box 1000_____

_MORGANTOWN   WEST VIRGINIA   26507_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☐ Yes    ☒ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

B.4    Name of Defendant: _T. R. Titchenell_____

Position: _UNIT MANAGER_____

Place of Employment: _FEDERAL BUREAU OF PRISON_

Address: _P. O. Box 1000_____

_MORGANTOWN   WEST ~~_____~~ VIRGINIA_

_26507_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☐ Yes    ☒ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

**Attachment A**

B.5   Name of Defendant: D. JONES

Position: UNIT MANAGER

Place of Employment: FEDERAL BUREAU OF PRISON

Address: P. O. Box 1000

MORGANTOWN, WEST VIRGINIA 26507

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?     ☐ Yes     ☒ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

## III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: F. C. I. MILAN

A.   Is this where the events concerning your complaint took place?
☐ Yes     ☒ No

If you answered "NO," where did the events occur?
F. C. I. MORGANTOWN

B.   Is there a prisoner grievance procedure in the institution where the events occurred?     ☒ Yes     ☐ No

C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
☒ Yes     ☐ No

D.   If your answer is "NO," explain why not: _____

_____

_____

_____

E.   If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

**Attachment A**

and state the result at level one, level two, and level three.  **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _WAS A EMAIL TO THE WARDEN NO ANSWER_
LEVEL 2 _ANOTHER EMAIL TO THE WARDEN THEN THE CAPTA ANSWERED AN CALL ME TO THE LT. OFFICE TO TALK_
LEVEL 3 _THEN I WENT TO MY COUNSELOR AND ASK HIM FOR A 9 AND HE SAID NO MR. THOMASON_

## IV.    PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?          □ Yes        ☒ No

B.    If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

    1.    Parties to this previous lawsuit:

        Plaintiff(s):_____

        Defendant(s):_____

    2.    Court: _____
        *(If federal court, name the district; if state court, name the county)*

    3.    Case Number:_____

    4.    Basic Claim Made/Issues Raised: _____
        _____
        _____
        _____

    5.    Name of Judge(s) to whom case was assigned:
        _____

    6.    Disposition: _____
        *(For example, was the case dismissed?  Appealed?  Pending?)*

    7.    Approximate date of filing  lawsuit:_____

**Attachment A**

8.    Approximate date of disposition. Attach Copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
    ☒ Yes      ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

WHEN I EMAIL THE WARDEN TWO TIMES AND NO ANSWER FROM HIM BUT THA CAPTAIN DID CALL ME DOWN TO THE LT. OFFICE ABOUT IT WHEN I TOLD HIM I COULD CARE LESS ABOUT THE T.V's BUT THE TRU LINES MESSAGE TO MY FAMILY THAT HOW I TALK TO THEM BY EMAIL FAR AS T.V's I CAN READ A BOOK THEN HE SAID YOU CANT READ IN THE SHU (SPECIAL HOUSING UNIT)

E.    Did you exhaust available administrative remedies?
    ☐ Yes      ☒ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

BECAUSE WHEN I WENT TO MY COUNSELOR MR. Thomason FOR THE FORMS TO DO MY REMEDIES HE SAID NO

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): _COLEMAN_  ,  _COLEMAN_

Defendant(s): _JOHNSON_  /  _UNITED STATES DISTRICT COURT OF NEW MEXICO_

2.  Name and location of court and case number:
    _UNITED STATES DISTRICT COURT OF NEW MEXICO CASE # 15CV959 JCH WPL AND 15 CV 1173 JCH KBM_

3.  Grounds for dismissal:  ☒ frivolous   ☐ malicious
    ☐ failure to state a claim upon which relief may be granted

4.  Approximate date of filing lawsuit: _10/23/15/   12/28/15_

5.  Approximate date of disposition: _3/25/16/   3/15/2016_

## V.   STATEMENT OF CLAIM

State here, as **BRIEFLY** as possible, the _facts_ of your case.  Describe what _each_ defendant did to violate your constitutional rights.  **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.  NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: _DEWAYNE HENDRIX WARDEN R. FULLEN, CAPTAIN T.R. TITCHENELL, UNIT MANAGER D. JONES, UNITED MANAGER ALL OF THEASE PEOPLE CUT OFF MY COMMUNICATION WITH MY FAMILY WHEN REGION TOLD THEM THEY COULD NOT INFLICT MASS PUNISHMENT ON EVERYONE FOR WHAT 1 OR 2 PEOPLE DO BUT THEY DID_
Supporting Facts: _I HAVE COPYS OF SOME OF TIMES THEY DID THEASE THINGS BUT_

**Attachment A**

This IS THERE JOB TO KEEP EVERYONE SAFE ~~BECAUSE~~ BECAUSE THEY CANT KEEP THE CONTRABAND OUT OF THE PRISON THEY TAKE IT OUT ON THE INMATES

CLAIM 2: F. J BOWERS WARDEN, K KELLY ASSOCIATE WARDEN, NOW THEY TOOK IT TO ANOTHER LEVEL BY TAKEING VISITATION AND COMMISSARY BECAUSE THEY CANT STOP THE CONTRABAND

Supporting Facts: I HAVE COPIES OF THE MEMO TO THE ~~~~ INMATES

CLAIM 3: _____

Supporting Facts: _____

CLAIM 4: _____

Supporting Facts: _____

**Attachment A**

_____
_____
_____

CLAIM 5: _____
_____
_____
_____
_____

Supporting Facts: _____
_____
_____
_____
_____

## VI.    INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the
exact nature of your damages.

STRESS AND COULD HAVE HAD A HEART ATTACK
This WAS CRUEL AND UNUSUAL PUNISHMENT

## VII.    RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. _Make_
_no legal arguments. Cite no cases or statutes._

YEARS STRESS AND MENTAL DAMAGE TO MY
MIND AND HEATH I COULD HAVE HAD ANOTHER
HEART ATTACK THEY SAID I HAD A SMALL ONE
BEFORE I GOT THERE WHEN THEY DID A EKG ON ME
I AM ASKING FOR 2 MILLION DOLLARS

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  P.O. Box 100, MiLAN, MiCH. 48160 on  JuLy 24, 2020 .
              (Location)                          (Date)

_Vernon Earl Cole_
Your Signature